United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FABIAN HERNANDEZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROQUEMORE & ROQUEMORE, INC., et al, ) <br> ) <br> Defendants. ) <br> ) | Case No.: C 13-1948 PSG <br><br> **STANDBY ORDER TO SHOW CAUSE** |

The court has been informed that the parties have reached a settlement. Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than September 16, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, September 24, 2013 at 10:00 a.m. to show cause why the case should not be dismissed.

Dated: July 15, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER